McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-MJ-318-CKD |
|---|---|
| Plaintiff, | MOTION TO DISMISS AND [~~PROPOSED~~] ORDER |
| v. | |
| DMITRY SAVIN, | |
| Defendant. | |

Pursuant to the government's motion, and in the interests of justice, the criminal complaint filed in the above-captioned case is hereby dismissed without prejudice, and the documents filed in this case shall be unsealed.

SO ORDERED.

DATED: 2/6/19

HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE